DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, ANDRES HERRERA

CHARLES F. HARLOW, ESQ. (SBN 200702)
MORTENSON TAGGART ADAMS, LLP
200 Pringle Avenue, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 771-3140
Facsimile: (925) 664-0357

Attorneys for Defendant, NISSAN NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01315-JWH-KES<br><br>**JOINT NOTICE OF SETTTLEMENT**<br><br>**Action Filed:** November 15, 2024<br>**Trial Date:** May 18, 2026<br><br>Assigned to: Judge John W. Holcomb<br>Referred to: Magistrate Judge Karen E. Scott |

///
///
///
///

-1-
**JOINT NOTICE OF SETTTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ANDRES HERRERA and Defendant NISSAN NORTH AMERICA, INC. (the "Parties"), jointly, write to advise this Court that the parties have resolved this matter. The Parties request that the Court vacate any and all upcoming hearings including, but not limited to, the December 19, 2025 Motion for Remand, the April 24, 2026 Hearing on Motions in Limine, the May 1, 2026 Final Pre-Trial Conference and the May 18, 2026 Jury Trial and vacate all related deadlines while performance of the settlement terms are pending.

Once all terms of the settlement are completed and payment of attorneys' fees and costs are received by Plaintiff's counsel, the Parties will file a Joint Stipulation of Dismissal of the entire action with prejudice.

Date: December 4, 2025                THE BARRY LAW FIRM

By: _____
DAVID N. BARRY, ESQ.
Attorney for Plaintiff,
ANDRES HERRERA

Date: December 4, 2025                MORTENSON TAGGART ADAMS, LLP

By: _____
CHARLES F. HARLOW, ESQ.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                               */s/ David N. Barry*

-1-
**CERTIFICATE OF SERVICE**