JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES HERRERA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:25-cv-01315-JWH-KESx<br><br>**JUDGMENT** |

1  Pursuant to the Scheduling Notice and Order [ECF No. 18] entered on or about December 5, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 12, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE